# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIELLE MACK, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION and SIX FLAGS GREAT ADVENTURE, LLC,<br><br>    Defendants. | Civil Action No. 3:22-CV-06292 (MAS/DEA) |

## SIX FLAGS GREAT ADVENTURE, LLC'S
## CORPORATE DISCLOSURE STATEMENT

  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Six Flags Great Adventure, LLC d/b/a Great Adventure ("Great Adventure"), by and through undersigned counsel, states that Great Adventure's parent corporation is Six Flags Theme Parks, Inc. and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
    December 9, 2022

Respectfully submitted,

**DLA PIPER LLP (US)**

By: _____

Garrett David Kennedy, Esq.
Matthew J. Iverson, Esq.
1251 Avenue of the Americas, 27th Floor
New York, New York 10020
Tel. (212) 335-4500
Fax (212) 335-4501
garrett.kennedy@dlapiper.com
matthew.iverson@dlapiper.com

*Attorneys for Defendants Six Flags Entertainment Corporation and Six Flags Great Adventure, LLC d/b/a Great Adventure*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIELLE MACK, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br><br>   v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION and SIX FLAGS GREAT ADVENTURE, LLC,<br><br>                 Defendants. | Civil Action No. 3:22-CV-06292 |

### **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 9th day of December 2022, a true and correct copy of Defendant Six Flags Great Adventure, LLC's Corporate Disclosure Statement was served via ECF and email upon the counsel of record below:

    R. Andrew Santillo
    Mark Justin Gottesfeld
    **WINEBRAKE & SANTILLO, LLC**
    Twining Office Center, Suite 211
    715 Twining Road
    Dresher, PA 19025
    asantillo@winebrakelaw.com
    mgottesfeld@winebrakelaw.com

                                                        Garrett D. Kennedy, Esq.
                                                      **DLA PIPER LLP (US)**

                                                      *Attorneys for Defendants Six Flags Entertainment Corporation and Six Flags Great Adventure, LLC d/b/a Great Adventure*