UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIELLE MACK, *on behalf of herself and all others similarly situated*,

Plaintiffs,

v.

SIX FLAGS ENTERTAINMENT CORPORATION *et al.*,

Defendants.

Civil Action No. 22-6292 (MAS) (DEA)

**ORDER**

This matter comes before the Court upon Defendants Six Flags Entertainment Corporation and Six Flags Great Adventure, LLC's ("Defendants") Motion to Dismiss Plaintiff Danielle Mack's ("Plaintiff") Complaint (ECF No. 1), brought on behalf of herself and all others similarly situated. (ECF No. 17.) Defendants contend, *inter alia*, that this Court lacks subject matter jurisdiction. (Defs.' Moving Br. 5-9, ECF No. 17-1.) In response, Plaintiff filed a Notice of Non-Opposition stating that "this Court . . . lacks jurisdiction over this lawsuit" and "it would be a waste of the parties' and the Court's resources to resolve the rest of the arguments raised in Defendants' [M]otion." (ECF No. 25 at 2, n.4.)

IT IS, therefore, on this 15th day of May 2023, **ORDERED** as follows:

1. Plaintiff's Class Action Complaint (ECF No. 1) is dismissed. Plaintiff shall have twenty-one (21) days from the date of this Order to file her Complaint in state court.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE